UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA



In the Matter of the Creation of the Calendar )
)
of )
)
Judge Jesus G. Bernal )

ORDER OF THE CHIEF JUDGE

13-020

Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Jesus G. Bernal,

IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge John A. Kronstadt to the calendar of Judge Jesus G. Bernal:

| | | | | |
|---|---|---|---|---|
| CV | 10 | 9811 | JAK | In re Daniela Koiman |
| CV | 10 | 9859 | JAK(SP) | Ashton Ivan Hurst v. Raul Lopez |
| CV | 11 | 4901 | JAK(OP) | Andre Lamont Harvey v. Mike McDonald |
| CV | 12 | 1006 | JAK(RZx) | JW Pharmaceutical Corp v. Michael Kahn et al |
| CV | 12 | 1943 | JAK(SP) | Tony Devone Call v. T. Virga |
| CV | 12 | 5858 | JAK(SHx) | Margareta Collin v. First American Trustee Servicing Solution LLC et al |
| CV | 12 | 6385 | JAK(JEMx) | Timothy O. et al v. Paso Robles Unified School District |
| CV | 12 | 6764 | JAK(AJWx) | Todd Burton v. Time Warner Cable Inc |
| CV | 12 | 7178 | JAK(MRWx) | Dennis Carlton v. The Hertz Corporation |
| CV | 12 | 7303 | JAK(FFMx) | The Muppets Studio LLC v. Bobbi Pacheco et al |
| CV | 12 | 7767 | JAK(JCGx) | Debbie Singh v. Life Insurance Company of North America |
| CV | 12 | 7938 | JAK(RZx) | Panagiotis Theodoropoulos et al v. County of Los Angeles et al |
| CV | 12 | 8395 | JAK(SSx) | Sa Young Hong et al v. Interpols Networks Inc et al |
| SA | 11 | 0287 | JAK(SHx) | Christopher Rayburn v. County of Orange et al |

DATED: January 11, 2013

Chief Judge George H. King