# PRIORITY SEND

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 12-06764 JGB (AJWx)                               Date: March 18, 2013

Title:   TODD BURTON -v- TIME WARNER CABLE INC.
================================================================
PRESENT:       HONORABLE JESUS G. BERNAL, U.S. DISTRICT JUDGE

| Maynor Galvez | Debbie Gale |
| --- | --- |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| --- | --- |
| Joseph J. Siprut | Bryan A. Merryman |

PROCEEDINGS:    MOTION HEARING: RE MOTION TO DISMISS (Doc. No. 10), AND ORDER CONTINUING SCHEDULING CONFERENCE

    The Court heard argument on Defendant Time Warner Cable Inc.'s Motion to Dismiss ("MTD") (Doc. No. 10) against Plaintiff Todd Burton, on behalf of himself and all others similarly situate, and took the matter under-submission.

    The Scheduling Conference is continued to June 24, 2013, at 11:00 a.m.

**IT IS SO ORDERED.**

MINUTES FORM 11                                  Initials of Deputy Clerk   MG /  **:20**
CIVIL -- GEN                                     Page 1