Todd C. Atkins (SBN 208879)
*tatkins@siprut.com*
SIPRUT PC
701 B Street, Suite 1170
San Diego, CA 92101
619. 255.2380
Fax: 619.231.4984

*Counsel for Plaintiff and the Proposed Putative Classes*
*Additional Counsel for Plaintiff in Signature Block*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD BURTON, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>TIME WARNER CABLE INC.,<br><br>　　　　　　　Defendant. | Case No. 12-CV-6764-JGB-AJWx<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1) OF THE FEDERAL RULES OF CIVIL PROCEDURE:**

　　Plaintiff Todd Burton, by his undersigned counsel and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, voluntarily dismisses this action, without prejudice, against Defendant Time Warner Cable Inc.

Dated: April 5, 2013　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　TODD BURTON**,** individually and on behalf of
　　　　　　　　　　　　　　　　　all others similarly situated

　　　　　　　　　　　　　　　　　By:_____s/ Todd Atkins_____
　　　　　　　　　　　　　　　　　Attorney for Plaintiff